AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

BRIAN KEITH ALEXANDER,

    Petitioner,

               v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV115-144
                           CR113-007

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on October 19, 2016, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the Petitioner's 2255 motion is DENIED and this case stands CLOSED.

October 19, 2016
*Date*

Scott L. Poff
*Clerk*

*(By)* *Deputy Clerk*

GAS Rev 10/1/03